UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CHARLES ALLEN, | ) | CASE NO. 1:08CV1825 |
| PETITIONER, | ) ) | JUDGE SARA LIOI |
| vs. | ) ) | |
| STUART HUDSON, Warden, | ) | **JUDGMENT ENTRY** |
| RESPONDENT. | ) ) ) | |

For the reasons set forth in the contemporaneously filed Memorandum Opinion, **IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the petition for writ of habeas corpus is **DENIED** and the case is **DISMISSED**. Further, the Court **CERTIFIES**, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal from this decision could not be taken in good faith, and that there is no basis upon which to issue a certificate of appealability. 28 U.S.C. § 2253(c)(2); Fed.R.App.P. 22(b).


Dated: December 29, 2009

**HONORABLE SARA LIOI**
**UNITED STATES DISTRICT JUDGE**

1